EDWARD E. ROPES, APPELLANT, vs. DAVID KEMPS, APPELLEE.

Where the entry of an appeal in chancery was never recorded in the chancery order book of the Circuit Court and the defendant in error never appeared in the Supreme Court, that court will dismiss the appeal.

Appeal from the Circuit Court for Volusia County.

The facts in the case are stated in the opinion of the court.

*E. E. Ropes, in pro. per.*

No appearance for Appellee.

PER CURIAM.

This cause being reached in its regular order on the docket for final adjudication, was referred by the court to its commissioners for investigation, who report the same recommending dismissal.

Upon due consideration by the court we find that the notice of the entry of appeal in said cause taken on the 5th of October, 1898, has never been recorded in the Chancery Order Book of the Circuit Court, and there has been no sort of appearance in this court of any party appellee; this court, therefore, has not acquired jurisdiction of the parties appellee, and it is, therefore, hereby ordered that said cause be, and the same is hereby, dismissd at the cost of the appellant.